**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   **4:16-CR-388 RLW/SPM** |
| **v.** | ) |
| | ) |
| **ASMEROM KELETA, et al,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW Sara G. Neill and hereby enters her appearance as counsel on behalf of Defendant ASMEROM KELETA in the above-styled matter.

Respectfully submitted,

Capes, Sokol, Goodman & Sarachan, P.C.

/s/ Sara G. Neill
SARA G. NEILL, Bar #53053 MO
ATTORNEY FOR DEFENDANT
7701 Forsyth Blvd., 12th Floor
St. Louis, MO 63105
Telephone: (314) 505-5418
Facsimile: (314) 721-0554
neill@capessokol.com
Attorney for Defendant ASMEROM KELETA

**Certificate of Service**

I hereby certify that the foregoing was filed electronically on this 12th day of September, 2016, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the United States of America and Assistant United States Attorney Dianna R. Collins.

Respectfully submitted,

Capes, Sokol, Goodman & Sarachan, P.C.

/s/ Sara G. Neill
SARA G. NEILL, Bar #53053 MO
ATTORNEY FOR DEFENDANT
7701 Forsyth Blvd., 12th Floor
St. Louis, MO 63105
Telephone: (314) 505-5418
Facsimile: (314) 721-0554
neill@capessokol.com
Attorney for Defendant ASMEROM KELETA