**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **4:16-CR-388 RLW/SPM** |
| **v.** ) | |
| ) | |
| **ASMEROM KELETA, et al,** ) | |
| ) | |
| **Defendant.** ) | |

## ENTRY OF APPEARANCE

COMES NOW Justin K. Gelfand and hereby enters his appearance as co-counsel of Sara G. Neill on behalf of Defendant ASMEROM KELETA in the above-styled matter.

Respectfully submitted,

Capes, Sokol, Goodman & Sarachan, P.C.

/s/ Justin K. Gelfand
SARA G. NEILL, #53053MO
JUSTIN K. GELFAND, #62265MO
7701 Forsyth Blvd., 12th Floor
St. Louis, MO 63105
Telephone: (314) 721-7701
Facsimile: (314) 721-0554
neill@capessokol.com
gelfand@capessokol.com
Attorneys for Defendant

**Certificate of Service**

I hereby certify that the foregoing was filed electronically on this 10th day of October, 2016, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the United States of America and Assistant United States Attorney Dianna R. Collins.

/s/ Justin K. Gelfand
SARA G. NEILL, #53053MO
JUSTIN K. GELFAND, #62265MO
7701 Forsyth Blvd., 12th Floor
St. Louis, MO 63105
Telephone: (314) 721-7701
Facsimile: (314) 721-0554
neill@capessokol.com
gelfand@capessokol.com
Attorneys for Defendant