**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 4:16-CR-388-RLW |
| **v.** ) | |
| ) | |
| **ASMEROM KELETA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEAL

Notice is hereby given that Asmerom Keleta ("Keleta"), the defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from this Court's Judgment in a Criminal Case entered August 22, 2018 (Doc. 284), reflecting a conviction on counts 1 and 2 of the superseding indictment and a sentence imposed for said convictions. (Keleta was acquitted on Count 3 of the superseding indictment).

Keleta respectfully provides notice of his intent to evaluate and pursue any and all meritorious arguments in his appeal to the United States Court of Appeals for the Eighth Circuit.

This Notice is timely as it is being filed within fourteen days after the entry of the judgment being appealed: the judgment of conviction (Doc. 284). *See* Federal Rule of Appellate Procedure 4. This Notice is being filed by Keleta's trial counsel, Justin K. Gelfand, who is admitted to practice before the United States Court of Appeals for the Eighth Circuit, on Keleta's behalf and pursuant to Keleta's request.

2

        Respectfully submitted,

        */s/ JUSTIN K. GELFAND*
        JUSTIN K. GELFAND, #62265MO
        8000 Maryland Ave., Ste. 420
        St. Louis, MO 63105
        Telephone: 314.390.0230
        Facsimile: 314.485.2264
        justin@margulisgelfand.com
        ATTORNEY FOR DEFENDANT

## Certificate of Service

I hereby certify that I filed the foregoing through the Court's CM/ECF system which will provide notice of filing to all counsel of record.

*/s/ JUSTIN K. GELFAND*